UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61053-CIV-ALTMAN/Hunt

**CHERYL CENDAN**,

    *Plaintiff*,

*v.*

**SCHOOL BOARD OF BROWARD COUNTY, FLORIDA**,

    *Defendant*.

_____/

## FINAL JUDGMENT

In a separate order, we granted the Defendant's Motion for Summary Judgment [ECF No. 96]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER AND ADJUDGE** as follows:

1. Judgment is entered in favor of the Defendant. The Plaintiff shall take nothing by this action.

2. The Clerk is directed to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida this 9th day of September 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record